**James EVERETT, III, Appellant**

v.

**COURT OF COMMON PLEAS PHILADELPHIA COUNTY Title 42 PA.C.S. § 9545(B) General Assembly of Pennsylvania, Appellees.**

Supreme Court of Pennsylvania.

Sept. 29, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2009, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.

**Kevin WYATT, Appellant**

v.

**Jeffrey A. BEARD, Appellee.**

Supreme Court of Pennsylvania.

Oct. 1, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 1st day of October, 2009, the Order of the Commonwealth Court is **AFFIRMED.**